# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DESRICK WILLIAMS,** | |
| Plaintiff, | |
| v. | Case No. 2:18-cv-01351-CLM |
| **INTERNATIONAL MOULDING,** | |
| Defendant. | |

## FINAL ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, Defendant International Moulding's Motion for Summary Judgment (doc. 45) is **GRANTED**.

Costs are taxed as paid. The Court **DIRECTS** the Clerk to close this case.

**DONE** and **ORDERED** this 26th day of April, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE